IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JACOB MEEKS**                                                      **PETITIONER**

v.                                                             No. 3:21-cv-142-GHD-DAS

**PONTOTOC COUNTY SHERIFF LEO MASK, ET AL**           **RESPONDENTS**

**ORDER**

Jacob Meeks has submitted a document that the court construes as a petition for a writ of *habeas corpus* under 28 U.S.C. § 2241. The petitioner has not, however, used the court's standard form for such petitions. The court uses these forms for the expeditious administration of *habeas corpus* petitions. As such, the petitioner must complete and return the enclosed form within 21 days. Failure to do so may lead to the dismissal of this case without prejudice.

**SO ORDERED**, this, the 25th day of June, 2021.

                                                               /s/ David A. Sanders
                                                               UNITED STATES MAGISTRATE JUDGE