## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**JACOB MEEKS**                                                                    **PETITIONER**

**v.**                                                                    **No. 3:21CV142-GHD-DAS**

**PONTOTOC COUNTY SHERIFF LEO MASK, ET AL.**                          **RESPONDENTS**

### FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the State's motions to dismiss the instant petition for a writ of *habeas corpus* is **GRANTED**. The instant petition is **DISMSISED** with prejudice for failure to state a claim upon which relief could be granted, and, in the alternative, without prejudice for failure to exhaust administrative remedies.

**SO ORDERED**, this, the _16th_ day of August, 2022.

_____
SENIOR JUDGE